# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, | No. CV-22-01716-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Sterling Infosystems Incorporated, | |
| Defendant. | |

Before the Court is Plaintiff John Doe's Motion to Proceed by Pseudonym and for Protective Order. (Doc. 3). The Court finds that Doe has demonstrated that at this stage of litigation, he should be granted leave to proceed by pseudonym and that a protective order should enter pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure. Accordingly,

**IT IS ORDERED granting** Plaintiff John Doe's Motion to Proceed by Pseudonym and for Protective Order. (Doc. 3).

**IT IS FURTHER ORDERED** as follows:

1. Plaintiff John Doe is **GRANTED** leave to proceed in pseudonym;
2. All Parties shall take all necessary actions to protect the identity of John Doe from disclosure to the public, including but not limited to, redacting his name from publicly filed documents and using the pseudonym "John Doe" in all instances, including where redaction is not possible;
3. If redaction or substitution of the pseudonym is not possible in the public

        filing of documents or other papers, such public filing shall be made under seal in accordance with Fed. R. Civ. P. 5.2.

4. All Parties shall admonish party and non-party witnesses that they are obliged to maintain the true name of John Doe, as well as all other identifying information about him, as confidential.

5. The protections of this Order shall survive dismissal of this action, unless otherwise ordered by the Court.

Dated this 11th day of October, 2022.

_____
Honorable Stephen M. McNamee
Senior United States District Judge