# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe,<br><br>   Plaintiff,<br><br>v.<br><br>Sterling Infosystems Incorporated,<br><br>   Defendant. | No. CV-22-01716-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation of Dismissal filed on March 29, 2023. (Doc. 22). For good cause shown in the Stipulation,

**IT IS ORDERED approving** the Stipulation of Dismissal. (Doc. 22).

**IT IS FURTHER ORDERED dismissing** this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action.

Dated this 31st day of March, 2023.

_____
Honorable Stephen M. McNamee
Senior United States District Judge